**Hugo Rene SALVATIERRA–CERMENO, Petitioner,**

v.

**Alberto GONZALES, Attorney General,\* Respondent.**

**No. 03–72059.**

United States Court of Appeals, Ninth Circuit.

April 15, 2005.

Christopher J. Stender, Esq., Stender & Associates, Phoenix, AZ, for Petitioner.

Regional Counsel, Immigration & Naturalization Service, Laguna Niguel, CA, District Director, Immigration & Naturalization Service, Phoenix, AZ, Richard M. Evans, Esq., David Dauenheimer, Department of Justice, Washington, DC, for Respondent.

Before: PREGERSON, KOZINSKI and HAWKINS, Circuit Judges.

**ORDER**

We vacated submission in this case pending the resolution of *Molina–Camacho v. Ashcroft,* 393 F.3d 937 (9th Cir. 2004), and now order this case submitted.

The BIA had no authority to issue an order removing Salvatierra–Cermeno to Guatemala. *See Molina–Camacho,* 393

F.3d at 941. However, because 8 U.S.C. § 1252 gives us jurisdiction to review only final orders of removal, we lack jurisdiction to consider Salvatierra–Cermeno's petition for review. We therefore treat the petition as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and transfer it to the United States District Court for the District of Arizona, Phoenix Division. *See Molina–Camacho,* 393 F.3d at 942; 28 U.S.C. § 1631. Upon transfer, Salvatierra–Cermeno may make any necessary amendments to perfect the form of the petition.

**TRANSFERRED.**